# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| Wells Fargo Bank, N.A., as Trustee for MASTR Asset Backed Securities Trust 2005-OPT1<br><br>Plaintiff,<br><br>vs.<br><br>Frances M. Davis, et al.<br><br>Defendants. | Case No. 1:07-cv-3496<br><br>Judge Christopher A. Boyko<br><br>**JUDGMENT** |

UNITED STATES DISTRICT JUDGE CHRISTOPHER A. BOYKO

The Court having contemporaneously entered its Default Judgment and Decree of Foreclosure, this action is accordingly terminated pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

DATE: 01/23/08

        s/Christopher A. Boyko
        Judge Christopher A. Boyko
        UNITED STATES DISTRICT JUDGE